UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADVANCED PROTECTION
TECHNOLOGIES, INC., a Florida
corporation,

       Plaintiff,

v.                                      Case No.  8:04-cv-161-T-24 MAP

SQUARE D COMPANY, a Delaware
corporation, and EFI ELECTRONICS
CORPORATION, a Delaware corporation,

       Defendants.
_____/

## **ORDER**

       This cause comes before the Court on Defendants' Motion to Quash Nine Subpoenas for Trial.  (Doc. No. 65).  Plaintiff opposes this motion.  (Doc. No. 69).  The Court addressed this motion at the pretrial conference that was held on May 17, 2005.

       Defendants object to Plaintiff subpoenaing the following nine witnesses, because they would have to travel more than 100 miles to testify at the trial: Terry O'Neal, John Worden, Dennis Wells, Mike Liptak, Dan Rice, Jeffrey Lane Jensen, Denny Gilbert, Jody Delaney, and George Fitzsimmons.  At the pretrial conference, Plaintiff stated that it was releasing the following four people from the subpoenas: Jeffrey Lane Jensen, Denny Gilbert, Jody Delaney, and George Fitzsimmons; instead, Plaintiff intends to use the deposition testimony of these four witnesses.  Accordingly, the only witnesses at issue are Terry O'Neal, John Worden, Dennis Wells, Mike Liptak, and Dan Rice.

       John Worden is an officer of EFI, and as such, he can be subpoenaed to testify at the trial. See In re Ames Department Stores, Inc., 2004 WL 1661983, at *1 (Bankr. S.D.N.Y. June 25,

2004).  Furthermore, Defendants stated at the pretrial conference that they intend John Worden to be present at the trial as the corporate representative of Defendant EFI.

Additionally, Defendants stated at the pretrial conference that they intend to call Terry O'Neal and Dennis Wells to testify live at the trial.  Furthermore, Defendants stated at the pretrial conference that either Mike Liptak or Dan Rice will be present at the trial as the corporate representative of Defendant SQD and that whichever of them is not used as the corporate representative will be called to testify live at the trial.

Since Defendants have stated that all of the witnesses at issue will be present at the trial, the Court finds that the motion to quash their subpoenas should be denied.  The Court suggests that the parties agree on an order to call these witnesses that takes into account the witnesses' time so that these witnesses do not have to travel to the trial twice.

Upon consideration, it is ORDERED AND ADJUDGED that Defendants' Motion to Quash Nine Subpoenas for Trial (Doc. No. 65) is **DENIED** as to Terry O'Neal, John Worden, Dennis Wells, Mike Liptak, and Dan Rice.  The motion is **GRANTED** as to Jeffrey Lane Jensen, Denny Gilbert, Jody Delaney, and George Fitzsimmons.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of May, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record